IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **TRESEA SNOW**,<br><br>                Plaintiff,<br>v.<br><br>**BECTON, DICKINSON AND COMPANY**; **BECTON, DICKINSON INFUSION THERAPY SYSTEMS, INC.**; **B.D. LEAVE AND DISABILITY SERVICE CENTER**; **SEDGWITCK CMS**; and **METROPOLITAN LIFE INSURANCE COMPANY**,<br><br>                Defendants. | **JUDGMENT**<br><br>Case No. 2:22-CV-00811-JNP-JCB<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment is entered in favor of Metropolitan Life Insurance Company, the sole remaining Defendant in this action, and against Plaintiff Tresea Snow.

      Signed December 15, 2023

                                              BY THE COURT

                                              _____
                                              Jill N. Parrish
                                              United States District Court Judge